744 A.2d 189

IN THE MATTER OF JOSEPH S. CARUSO,
AN ATTORNEY AT LAW.

February 8, 2000.

## ORDER

**JOSEPH S. CARUSO** of **OAKLYN,** who was admitted to the bar of this State in 1990, having pleaded guilty to a Superseding Information charging him with conspiracy to commit bribery, in violation of 18 *U.S.C.A.* 371, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOSEPH S. CARUSO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JOSEPH S. CARUSO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOSEPH S. CARUSO** comply with *Rule* 1:20–20 dealing with suspended attorneys.